IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE GRAHAM COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-1394 |
| | : | |
| v. | : | |
| | : | |
| STANTON T. GRIFFING and | : | |
| CONNOR STRONG COMPANIES, INC. | : | |
| F/k/a COMMERCE INSURANCE | : | |
| SERVICES, INC. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 19th day of May, 2009, upon consideration of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) and (12(B)(6) and/or for Summary Judgement Pursuant to Fed. R. Civ. Proc. 56 (Docket No. 30) and Plaintiff's Response thereto (Docket No. 35), it is hereby ORDERED that Defendants' Motion (Docket No. 30) is DENIED WITH PREJUDICE as to Rule 12(b)(1) and DENIED WITHOUT PREJUDICE as to Rule 56.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES II,    J.