# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE GRAHAM COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-1394 |
| | : | |
| v. | : | |
| | : | |
| STANTON T. GRIFFING and | : | |
| CONNOR STRONG COMPANIES, INC. | : | |
| f/k/a COMMERCE INSURANCE | : | |
| SERVICES, INC. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 3rd day of November, 2009, it is hereby ORDERED that:

1. Defendant's Amended Motion to Disqualify Counsel (Docket No. 52) is DENIED.

2. Woodcock Washburn LLP shall (a) segregate any billing records relating to the Massachusetts Trademark Litigation from its general files, and (b) revise its screen memorandum to include an explicit statement that access by the current litigation team to any billing records concerning the MA Trademark Litigation is prohibited and no attorney shall share any information contained in those records with the current litigation team.

3. The revised screen memorandum shall be circulated via e-mail to all firm personnel on November 16, 2009, and every two months thereafter until the termination of this action.

4. The Court's existing Case Management Order remains in place. Parties may move for modifications if they so desire.

5. Discovery shall immediately resume.

BY THE COURT:

/s/ C. Darnell Jones II

_____
C. DARNELL JONES II     J.